UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-00311-NCT-JEP

| | |
|---|---|
| DERIC STUBBS,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF GREENSBORO,<br><br>   Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Deric Stubbs ("Plaintiff") and Defendant the City of Greensboro, ("Defendant"), by and through the counsel, hereby jointly stipulate to the dismissal of the above action, *with* prejudice, with each party to bear its own costs and fees.

This the 11th day of March 2022.

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Ste. 325
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
E-Mail: phil@gibbonslg.com
   corey@gibbonslg.com

*Attorneys for Plaintiff*

/s/ Danielle Barbour Wilson
Danielle Barbour Wilson, NCSB #39516
Jesse H. Rigsby, IV, NCSB #35538
**THE BANKS LAW FIRM, P.A.**
P.O. Box 14350
Research Triangle Park, NC 27709
Telephone: (919) 474-9137
Facsimile: (919) 474-9537
Email: dwilson@bankslawfirm.com
   jrigsby@bankslawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on March 11, 2022, a copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record at the following address:

Danielle Barbour Wilson
Jesse H. Rigsby, IV
dwilson@bankslawfirm.com
jrigsby@bankslawfirm.com

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276
*Attorney for Plaintiff*